1  JANINE HIGHIET-IVICEVIC (CA State Bar No. 254405)
   Deputy County Counsel
2  MICHELLE D. BLAKEMORE, CA Bar No. 110474
   County Counsel
3  Office of County Counsel
   385 North Arrowhead Avenue
4  Fourth Floor
   San Bernardino, California 92415
5  Telephone: (909) 387-5455
   Facsimile: (909) 387-4069
6  E-Mail: Janine.Highiet-Ivicevic@cc.sbcounty.gov

7  Attorneys for Defendants J. Rose, Dr. Leon, Dr. Rivera Pacheco, B. Ginn, Nurse,
   S. Manning, Nurse, OAII Sandy Capes, Deputy T. Fowler, Deputy L. Hara, Deputy
8  D. Salyer, Deputy J. Hendrickson, Deputy Y. Falconi, Deputy K. Shepard, Deputy
   D. Shemley and Lt. S. Krusbe

UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOZANO, | CASE NO. EDCV16-00764 JVS (AGRx) |
| Plaintiff, | **STIPULATED PROTECTIVE ORDER** |
| v. | |
| J. ROSE, Jail Captain, in his individual capacity, et al., | Complaint filed: May 27, 2016 |
| Defendants. | Assigned to: Judge James V. Selna |
| | Referred to: Magistrate Judge Alicia G. Rosenberg |

THE PARTIES, MANUEL LOZANO and Defendants DR. LEON, DR. RIVERA PACHECO, NURSE T. FOWLER and NURSE Y. FALCONI, by and through their attorneys of record, stipulated to terms regarding Plaintiff's medical and/or health records, including vision/eye/ophthalmology and criminal records, in the possession of the parties, party-affiliated witnesses, and Plaintiff's medical and health providers. The Court has reviewed the Stipulated Protective Order and finding good cause thereupon, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The Stipulated Protective Order is hereby Approved and Adopted by this Court.

IT IS SO ORDERED.

DATED: 04/02/2018

*Alicia G. Rosenberg*
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE